Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Lisa Valenti-Jordan (State Bar No. 300161)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone:     (415) 616-1100
Facsimile:      (415) 616-1199
Email: probbins@shearman.com
            egriffen@shearman.com
            lisa.valenti-jordan@shearman.com

*Attorneys for Defendant Erik K. Bardman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIK K. BARDMAN,<br><br>and<br><br>JENNIFER F. WOLF,<br><br>　　　　　　　　　Defendants. | **STIPULATION AND [PROPOSED] ORDER ACKNOWLEDGING ACCEPTANCE OF SERVICE OF PROCESS, EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND, AND SETTING BRIEFING SCHEDULE**<br><br>Case No. 3:16-cv-02023 (JST)<br><br>Judge:  Hon. Jon S. Tigar |

WHEREAS, on April 18, 2016, plaintiff Securities and Exchange Commission ("Plaintiff") filed a complaint in the above-captioned action (the "Complaint") asserting claims against defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants" and, together with Plaintiff, the "Parties");

WHEREAS, the Parties have agreed that Defendants will accept service of the complaint, Defendants' time to answer or otherwise respond to the Complaint may be extended and, with the Court's permission, the Parties have agreed to a briefing schedule with respect to any motions to dismiss the Complaint, as follows;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendants, as follows:

1. Undersigned counsel for Defendants Erik K. Bardman and Jennifer F. Wolf are authorized to accept, and hereby do accept, service of the summons and Complaint in the above-captioned action on their behalf, without prejudice and without waiver of any of Defendants' defenses, objections or arguments in this matter or any other matter, except as to sufficiency of service of process.

2. Defendants shall answer or otherwise respond to the Complaint by July 25, 2016.

3. In the event that Defendants file one or more motions to dismiss the Complaint, Plaintiff's opposition to any motions to dismiss shall be filed on or before August 25, 2016.

4. Defendants' reply briefs in support of any motions to dismiss the Complaint shall be filed on or before September 15, 2016.

5. The hearing on Defendants' motions to dismiss the Complaint, if any, shall be set for September 29, 2016 at 2:00 p.m.

6. The Case Management Conference currently set for July 20, 2016 is rescheduled for October 12, 2016 at 2:00 p.m.

There have been no requests for an extension of time previously made in this matter.

| | | |
|---|---|---|
| 1 | Dated: April 29, 2016 | **SECURITIES AND EXCHANGE COMMISSION** |

By:  /s/ Paul W. Kisslinger
         Paul W. Kisslinger

Paul W. Kisslinger (New Jersey Bar No. 6511995)
  kisslingerp@sec.gov
Kevin C. Lombardi (District of Columbia Bar No. 474114)
  lombardik@sec.gov
  (202) 551-8753
Patrick R. Costello (Florida Bar No. 75034)
  costellop@sec.gov
  (202) 551-3982
100 F Street, NE
Washington, DC  20549
Ph:  (202) 551-4427
Fax:  (202) 772-9772
*Attorneys for Plaintiff Securities and Exchange Commission*

Dated:  April 29, 2016            **SHEARMAN & STERLING LLP**

By:  /s/ Emily V. Griffen
         Emily V. Griffen

Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Ph:  (415) 616-1100
Fax:  (415) 616-1199

*Attorneys for Defendant Erik K. Bardman*

Dated:  April 29, 2016            **KANE+KIMBALL LLP**

By:  /s/ William H. Kimball
         William H. Kimball

William H. Kimball (State Bar No. 242626)
  wkimball@kanekimball.com
803 Hearst Avenue
Berkeley, CA  94710
Ph:  (510) 704-1400
Fax:  (877) 482-4749

*Attorneys for Defendant Jennifer F. Wolf*

1 **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

2   In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing
3 of this document has been obtained from each signatory.

4

5 Dated: April 29, 2016                      **SHEARMAN & STERLING LLP**

6
7                                            By: _____/s/ Emily V. Griffen_____
                                                        Emily V. Griffen
8                                            *Attorneys for Defendant Erik K. Bardman*

9

10
                                              \* \* \*
11

12                                           IT IS SO ORDERED.

13

14
                                             _____
15 Dated: May 2, 2016                         Hon. Jon S. Tigar
                                              United States District Judge

