Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Lisa Valenti-Jordan (State Bar No. 300161)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone:      (415) 616-1100
Facsimile:       (415) 616-1199
Email: probbins@shearman.com
         egriffen@shearman.com
         lisa.valenti-jordan@shearman.com

*Attorneys for Defendant Erik K. Bardman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>ERIK K. BARDMAN,<br><br>and<br><br>JENNIFER F. WOLF,<br><br>              Defendants. | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Case No. 3:16-cv-02023 (JST)<br><br>Judge:  Hon. Jon S. Tigar |

1  WHEREAS, on April 18, 2016, plaintiff Securities and Exchange Commission ("Plaintiff") filed a complaint in the above-captioned action (the "Complaint") asserting claims against defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants" and, together with Plaintiff, the "Parties");

WHEREAS, Defendants filed motions to dismiss the Complaint (ECF Nos. 16-18), which were originally set to be heard on September 29, 2016, but the hearing has been rescheduled for October 18, 2016 (ECF No. 20);

WHEREAS, the Parties previously stipulated, and the Court ordered, that the Case Management Conference would be set for October 12, 2016, approximately two weeks after the original hearing date for Defendants' motions to dismiss (ECF No. 8); and

WHEREAS, the Parties believe it would be more efficient, given the rescheduling of the hearing on Defendants' motions to dismiss to October 18, 2016, to also reschedule the Case Management Conference accordingly.

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendants, as follows:

1. The Case Management Conference currently set for October 12, 2016 is rescheduled for ~~November 2, 2016 at 2:00 p.m.~~  November 9, 2016 at 2:00 p.m.

Dated: September 19, 2016          **SECURITIES AND EXCHANGE COMMISSION**

By: _____/s/ Kevin C. Lombardi_____
           Kevin C. Lombardi

Paul W. Kisslinger (New Jersey Bar No. 6511995)
  kisslingerp@sec.gov
Kevin C. Lombardi (District of Columbia Bar No. 474114)
  lombardik@sec.gov
Patrick R. Costello (Florida Bar No. 75034)
  costellop@sec.gov
100 F Street, NE
Washington, DC  20549
Ph:  (202) 551-4427
Fax:  (202) 772-9772

*Attorneys for Plaintiff Securities and Exchange Commission*

Dated:  September 19, 2016     **SHEARMAN & STERLING LLP**

By: _____/s/ Emily V. Griffen_____
                  Emily V. Griffen

535 Mission Street, 25th Floor
San Francisco, CA  94105
Ph:  (415) 616-1100
Fax:  (415) 616-1199

*Attorneys for Defendant Erik K. Bardman*

Dated:  September 19, 2016     **KANE+KIMBALL LLP**

By: _____/s/ William H. Kimball_____
                  William H. Kimball

William H. Kimball (State Bar No. 242626)
  wkimball@kanekimball.com
803 Hearst Avenue
Berkeley, CA  94710
Ph:  (510) 704-1400
Fax:  (877) 482-4749

*Attorneys for Defendant Jennifer F. Wolf*

## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: September 19, 2016                               **SHEARMAN & STERLING LLP**

                                                                         By: _____/s/ Emily V. Griffen_____
                                                                                        Emily V. Griffen

                                                                         *Attorneys for Defendant Erik K. Bardman*

\* \* \*

Dated: __September 19__, 2016



IT IS SO ORDERED
Judge Jon S. Tigar