Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Lisa Valenti-Jordan (State Bar No. 300161)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:     (415) 616-1100
Facsimile:      (415) 616-1199
Email: probbins@shearman.com
           egriffen@shearman.com
           lisa.valenti-jordan@shearman.com

*Attorneys for Defendant Erik K. Bardman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIK K. BARDMAN,<br><br>and<br><br>JENNIFER F. WOLF,<br><br>　　　　　　　　Defendants. | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Case No. 3:16-cv-02023 (JST)<br><br>Judge:  Hon. Jon S. Tigar |

1  WHEREAS, on April 18, 2016, plaintiff Securities and Exchange Commission ("Plaintiff") filed a complaint in the above-captioned action (the "Complaint") asserting claims against defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants" and, together with Plaintiff, the "Parties");

WHEREAS, the Court has ordered that the Case Management Conference in this matter is set for November 9, 2016, and the Case Management Statement is due on October 31, 2016 (ECF No. 24); and

WHEREAS, due to an unanticipated personal conflict for Mr. Bardman's counsel on November 9, 2016, the Parties have agreed, subject to the Court's approval, to reschedule the Case Management Conference to November 16, 2016, and have agreed that the Case Management Statement will be due on November 6, 2016.

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendants, as follows:

1. The Case Management Conference currently set for November 9, 2016 is rescheduled for November 16, 2016 at 2:00 p.m.

2. The Case Management Statement is due on November 6, 2016.

Dated: October 25, 2016            **SECURITIES AND EXCHANGE COMMISSION**

By: _____/s/ Paul W. Kisslinger_____
          Paul W. Kisslinger

Paul W. Kisslinger (New Jersey Bar No. 6511995)
  kisslingerp@sec.gov
Kevin C. Lombardi (District of Columbia Bar No. 474114)
  lombardik@sec.gov
Patrick R. Costello (Florida Bar No. 75034)
  costellop@sec.gov
100 F Street, NE
Washington, DC 20549
Ph: (202) 551-4427
Fax: (202) 772-9772

*Attorneys for Plaintiff Securities and Exchange Commission*

| | |
|---|---|
| Dated:  October 25, 2016 | **SHEARMAN & STERLING LLP** |
| | By: _____/s/ Emily V. Griffen_____<br>Emily V. Griffen |
| | 535 Mission Street, 25th Floor<br>San Francisco, CA  94105<br>Ph:  (415) 616-1100<br>Fax:  (415) 616-1199 |
| | *Attorneys for Defendant Erik K. Bardman* |
| Dated:  October 25, 2016 | **KANE+KIMBALL LLP** |
| | By: _____/s/ William H. Kimball_____<br>William H. Kimball |
| | William H. Kimball (State Bar No. 242626)<br>wkimball@kanekimball.com<br>803 Hearst Avenue<br>Berkeley, CA  94710<br>Ph:  (510) 704-1400<br>Fax:  (877) 482-4749 |
| | *Attorneys for Defendant Jennifer F. Wolf* |

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  October 25, 2016  **SHEARMAN & STERLING LLP**

By: _____/s/ Emily V. Griffen_____
Emily V. Griffen

*Attorneys for Defendant Erik K. Bardman*

\* \* \*

IT IS SO ORDERED.

Dated:  October 25, 2016  Hon. Jon S. Tigar
United States District Judge