1   Patrick D. Robbins (State Bar No. 152288)
    Emily V. Griffen (State Bar No. 209162)
2   Lisa Valenti-Jordan (State Bar No. 300161)
    SHEARMAN & STERLING LLP
3   Four Embarcadero Center, Suite 3800
    San Francisco, CA  94111-5994
4   Telephone:     (415) 616-1100
    Facsimile:      (415) 616-1199
5   Email: probbins@shearman.com
            egriffen@shearman.com
6           lisa.valenti-jordan@shearman.com

7   *Attorneys for Defendant Erik K. Bardman*

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13   SECURITIES AND EXCHANGE COMMISSION,    **STIPULATION AND [PROPOSED]**
                                            **ORDER CORRECTING TITLE OF**
14                          Plaintiff,      **AMENDED COMPLAINT AND**
                                            **EXTENDING TIME FOR**
15             v.                           **DEFENDANTS TO ANSWER OR**
                                            **OTHERWISE RESPOND**
16   ERIK K. BARDMAN,

17   and                                    Case No. 3:16-cv-02023 (JST)

18   JENNIFER F. WOLF,                       Judge:  Hon. Jon S. Tigar

19                          Defendants.

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER                        CASE NO. 3:16-cv-02023 (JST)

1    WHEREAS, on April 18, 2016, plaintiff Securities and Exchange Commission

2    ("Plaintiff") filed a complaint in the above-captioned action (the "Complaint") asserting claims

3    against defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants" and, together with

4    Plaintiff, the "Parties");

5    WHEREAS, on October 27, 2016, the Court entered an Order Granting In Part And

6    Denying In Part Defendants' Motions To Dismiss (Dkt. No. 34);

7    WHEREAS, on November 28, 2016, Plaintiff filed an amended complaint (Dkt. No.

8    39), erroneously titled "Complaint" (hereinafter "Amended Complaint");

9    WHEREAS, the Parties have agreed that Plaintiff is able to correct the caption of the

10   amended complaint, nunc pro tunc, pursuant to the instructions on the Court's website,

11   *http://www.cand.uscourts.gov/ecf/correctingmistake#CORRECT.*

12   WHEREAS, the Parties have agreed that Defendants' time to answer or otherwise

13   respond to the Amended Complaint may be extended as follows;

14   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for

15   Plaintiff and the attorneys for Defendants, as follows:

16       1.    Plaintiff shall submit a corrected amended complaint titled "Amended

17   Complaint," pursuant to the instructions set forth on the Court's website, "Correcting E-Filing

18   Mistakes; E-filing a Corrected Version."

19       2.    Defendants shall answer or otherwise respond to the Complaint by December

20   28, 2016.

21   There have been no requests for an extension of time previously made with respect

22   to the amended Complaint.

23

24

25

26

27

28

1   Dated:  November 30, 2016          **SECURITIES AND EXCHANGE COMMISSION**

2

3                                       By:  _____/s/ Paul W. Kisslinger_____
                                              Paul W. Kisslinger

4                                       Paul W. Kisslinger (New Jersey Bar No. 6511995)
                                           kisslingerp@sec.gov
5                                       Kevin C. Lombardi (District of Columbia Bar No. 474114)
                                           lombardik@sec.gov
6                                          (202) 551-8753
                                        100 F Street, NE
7                                       Washington, DC  20549
                                        Ph:  (202) 551-4427
8                                       Fax:  (202) 772-9772

9                                       *Attorneys for Plaintiff Securities and Exchange Commission*

10

11

12  Dated:  November 30, 2016          **SHEARMAN & STERLING LLP**

13

14                                      By:  _____/s/ Emily V. Griffen_____
                                              Emily V. Griffen

15                                      Four Embarcadero Center, Suite 3800
                                        San Francisco, CA  94111-5994
16                                      Ph:  (415) 616-1100
                                        Fax:  (415) 616-1199
17

18                                      *Attorneys for Defendant Erik K. Bardman*

19

20  Dated:  November 30, 2016          **KANE+KIMBALL LLP**

21

22                                      By:  _____/s/ William H. Kimball_____
                                              William H. Kimball

23                                      William H. Kimball (State Bar No. 242626)
                                           wkimball@kanekimball.com
24                                      803 Hearst Avenue
                                        Berkeley, CA  94710
25                                      Ph:  (510) 704-1400
                                        Fax:  (877) 482-4749
26

27                                      *Attorneys for Defendant Jennifer F. Wolf*

28

---

1

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

2          In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing

3   of this document has been obtained from each signatory.

4

5   Dated:  November 30, 2016                    **SHEARMAN & STERLING LLP**

6

7                                                By: _____/s/ Emily V. Griffen_____
                                                         Emily V. Griffen

8                                                *Attorneys for Defendant Erik K. Bardman*

9

10                                        *   *   *

11

12                                        IT IS SO ORDERED.

13

14                                        _____

15   Dated: December 1, 2016              Hon. Jon S. Tigar
                                          United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

---