William H. Kimball (State Bar No. 242626)
KANE+KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 704-1400
Facsimile: (877) 482-4749
Email: wkimball@kanekimball.com

*Attorneys for Defendant Jennifer F. Wolf*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ERIK K. BARDMAN,<br><br>and<br><br>JENNIFER F. WOLF,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT JENNIFER F. WOLF TO ANSWER AMENDED COMPLAINT**<br><br>Case No. 3:16-cv-02023 (JST)<br><br>Judge: Hon. Jon S. Tigar |

WHEREAS, on April 18, 2016, plaintiff Securities and Exchange Commission ("Plaintiff") filed a complaint in the above-captioned action (the "Complaint") asserting claims against defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants");

WHEREAS, on October 27, 2016, the Court entered an Order Granting In Part And Denying In Part Defendants' Motions To Dismiss (Dkt. No. 34);

WHEREAS, on November 28, 2016, Plaintiff filed an amended complaint (now titled, "Amended Complaint") (Dkt. Nos. 39 and 42);

WHEREAS, Defendants, pursuant to a stipulation by the parties and the Court's order, were required to answer or otherwise respond to the Amended Complaint by December 28, 2016 (Dkt. No. 41);

WHEREAS, on December 14, 2016, Plaintiff and Defendant Wolf stipulated and requested that the Court enter a proposed order allowing Defendant Wolf to answer the Amended Complaint, pursuant to applicable rules of procedure or Court order, after the Court's final ruling on a then-anticipated second motion to dismiss the Amended Complaint by Defendant Bardman (Dkt. No. 43);

WHEREAS, Defendant Wolf sought to delay her answer to the Amended Complaint until after the Court's final ruling on Defendant's Bardman's second motion to dismiss in order to avoid the potential expense of being required to amend her answer if the Amended Complaint were later modified in light of the outcome of the second motion to dismiss;

WHEREAS, on December 28, 2016, Defendant Bardman moved to dismiss the Tenth Claim for Relief in the Amended Complaint (Dkt. No. 44, 45);

WHEREAS, on January 11, 2017, Plaintiff filed its opposition to Defendant Bardman's second motion to dismiss (Dkt. No. 46);

WHEREAS, on January 13, 2017, the Court denied Defendant's Wolf's request to delay her answer to the Amended Complaint until after the Court's final ruling on Defendant's Bardman's second motion to dismiss (Dkt. No. 47);

WHEREAS, Plaintiff and Defendant Wolf have agreed that Defendant Wolf's time to answer the Amended Complaint may be extended as follows;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendant Wolf, as follows:

1. Defendant Wolf shall answer the Amended Complaint no later than January 23, 2017.

There have been two requests for an extension of time for Defendant Wolf previously made with respect to the Amended Complaint.

Dated: January 17, 2017            **SECURITIES AND EXCHANGE COMMISSION**

By:  */s/ Paul W. Kisslinger*
         Paul W. Kisslinger

Paul W. Kisslinger (New Jersey Bar No. 6511995)
   kisslingerp@sec.gov
Kevin C. Lombardi (District of Columbia Bar No. 474114)
   lombardik@sec.gov
100 F Street, NE
Washington, DC  20549
Ph:  (202) 551-4427
Fax: (202) 772-9772

*Attorneys for Plaintiff Securities and Exchange Commission*

Dated: January 17, 2017            **KANE+KIMBALL LLP**

By:  */s/ William H. Kimball*
         William H. Kimball

803 Hearst Avenue
Berkeley, CA  94710
Ph:  (510) 704-1400
Fax: (877) 482-4749

Attorneys for Defendant Jennifer F. Wolf

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: January 17, 2017    **KANE+KIMBALL LLP**

By: ___*/s/ William H. Kimball*___
William H. Kimball

*Attorneys for Defendant Jennifer F. Wolf*

\* \* \*

**IT IS SO ORDERED.**

Dated: January 17, 2017    _____
Hon. Jon S. Tigar
United States District Judge