1 | Patrick D. Robbins (State Bar No. 152288)
  | Emily V. Griffen (State Bar No. 209162)
2 | Lisa Valenti-Jordan (State Bar No. 300161)
  | SHEARMAN & STERLING LLP
3 | 535 Mission Street, 25th Floor
  | San Francisco, CA  94105
4 | Telephone:     (415) 616-1100
  | Facsimile:     (415) 616-1199
5 | Email: probbins@shearman.com
  |         egriffen@shearman.com
6 |         lisa.valenti-jordan@shearman.com

7 | *Attorneys for Defendant Erik K. Bardman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>ERIK K. BARDMAN, et al.,<br><br>                    Defendants. | Case No. 3:16-cv-02023-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ERIK K. BARDMAN TO ANSWER OR OTHERWISE RESPOND**<br><br>Judge:       Hon. Jon S. Tigar<br>Courtroom: No. 9, 19th Floor |

WHEREAS, on April 18, 2016, plaintiff Securities and Exchange Commission ("Plaintiff") filed a complaint in the above-captioned action (the "Complaint") asserting claims against defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants");

WHEREAS, on October 27, 2016, the Court entered an Order Granting In Part And Denying In Part Defendants' Motions To Dismiss (Dkt. No.34);

WHEREAS, on November 28, 2016, Plaintiff filed an amended complaint (Dkt. No. 39), (now titled "Amended Complaint") (Dkt. Nos. 39 and 42);

WHEREAS, on February 8, 2017, the Court entered an Order Denying Defendant Bardman's Motion To Dismiss (Dkt. 56);

WHEREAS, Plaintiff and Defendant Bardman have agreed that Defendant Bardman's time to answer the Amended Complaint may be extended as follows;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendant Bardman, as follows:

1. Defendant Bardman shall answer the Amended Complaint no later than March 8, 2017.

There has been one request for an extension of time previously made with respect to the Amended Complaint.

STIPULATION AND [PROPOSED] ORDER                                   CASE NO. 3:16-CV-02023 (JST)

Dated:  February 22, 2017      **SECURITIES AND EXCHANGE COMMISSION**


By:   /s/ Kevin C. Lombardi
      Kevin C. Lombardi

Paul W. Kisslinger (New Jersey Bar No. 6511995)
  kisslingerp@sec.gov
Kevin C. Lombardi (District of Columbia Bar No. 474114)
  lombardik@sec.gov
  (202) 551-8753
100 F Street, NE
Washington, DC  20549
Ph:  (202) 551-4427
Fax:  (202) 772-9772

*Attorneys for Plaintiff Securities and Exchange Commission*

Dated:  February 22, 2017      **SHEARMAN & STERLING LLP**


By:   /s/ Lisa M. Valenti-Jordan
      Lisa M. Valenti-Jordan

535 Mission Street, 25th Floor
San Francisco, CA  94105
Ph:  (415) 616-1100
Fax:  (415) 616-1199

*Attorneys for Defendant Erik K. Bardman*

---

STIPULATION AND [PROPOSED] ORDER      1      CASE NO. 3:16-CV-02023-JST

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  February 22, 2017

**SHEARMAN & STERLING LLP**

By:  /s/ Lisa M. Valenti-Jordan
Lisa M. Valenti-Jordan

*Attorneys for Defendant Erik K. Bardman*

\*  \*  \*

IT IS SO ORDERED.

Dated:  February 23, 2017

Hon. Jon S. Tigar
United States District Judge