1  Patrick D. Robbins (State Bar No. 152288)
2  Emily V. Griffen (State Bar No. 209162)
   Lisa Valenti-Jordan (State Bar No. 300161)
3  SHEARMAN & STERLING LLP
   535 Mission Street, 25th Floor
4  San Francisco, CA  94105
   Telephone:    (415) 616-1100
5  Facsimile:    (415) 616-1199
   Email: probbins@shearman.com
6          egriffen@shearman.com
7          lisa.valenti-jordan@shearman.com

8  *Attorneys for Defendant Erik K. Bardman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ERIK K. BARDMAN, et al.,<br><br>Defendants. | Case No. 3:16-cv-02023-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. Jon S. Tigar<br>Courtroom: No. 9, 19th Floor |

STIPULATION AND [PROPOSED] ORDER     1     CASE NO. 3:16-CV-02023-JST

| | |
|---|---|
| 1 | WHEREAS, on November 14, 2016, the Court entered a Scheduling Order setting the Initial Case Management Conference for April 26, 2017 at 2:00 p.m. and the Case Management Statement deadline for April 17, 2017 (Dkt. No. 37); |
| 4 | WHEREAS, on November 28, 2016, Plaintiff filed an amended complaint (Dkt. No. 39), (now titled "Amended Complaint") (Dkt. Nos. 39 and 42); |
| 6 | WHEREAS, on January 23, 2017, defendant Jennifer F. Wolf filed an Answer to the Amended Complaint (Dkt. No. 52); |
| 8 | WHEREAS, on March 8, 2017, defendant Erik K. Bardman filed an Answer to the Amended Complaint (Dkt. No. 59); |
| 10 | WHEREAS, the parties are working to resolve informally certain issues relating to document discovery in advance of the next Case Management Conference; and; |
| 12 | WHEREAS, in addition, counsel for defendant Bardman has a conflict on the current date set for the Case Management Conference; |
| 14 | IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendant Bardman, with the Court's permission: |

1. The Case Management Conference currently set for April 26, 2017 be rescheduled for ~~May 17, 2017 at 2:00 p.m.~~  May 24, 2017 at 2:00 p.m.

2. The updated Joint Case Management Statement deadline be moved from April 17, 2017 to ~~May 8, 2017.~~  May 15, 2017

Dated:  April 12, 2017                    **SECURITIES AND EXCHANGE COMMISSION**

                                          By:   /s/ *Kevin C. Lombardi*
                                                Kevin C. Lombardi

                                          Kevin C. Lombardi (District of Columbia Bar No. 474114)
                                            lombardik@sec.gov
                                            (202) 551-8753
                                          100 F Street, NE
                                          Washington, DC  20549
                                          Ph:  (202) 551-4427
                                          Fax:  (202) 772-9772

                                          *Attorneys for Plaintiff Securities and Exchange Commission*

| | |
|---|---|
| Dated: April 12, 2017 | **SHEARMAN & STERLING LLP** |
| | By:   /s/ *Patrick D. Robbins* <br>       Patrick D. Robbins |
| | 535 Mission Street, 25th Floor <br> San Francisco, CA 94105 <br> Ph: (415) 616-1100 <br> Fax: (415) 616-1199 |
| | *Attorneys for Defendant Erik K. Bardman* |
| Dated: April 12, 2017 | **KANE+KIMBALL LLP** |
| | By:   /s/ *William H. Kimball* <br>       William H. Kimball |
| | William H. Kimball (State Bar No. 242626) <br>   wkimball@kanekimball.com <br> 803 Hearst Avenue <br> Berkeley, CA 94710 <br> Ph: (510) 704-1400 <br> Fax: (877) 482-4749 |
| | *Attorneys for Defendant Jennifer F. Wolf* |

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: April 12, 2017                    **SHEARMAN & STERLING LLP**

By: /s/ *Lisa M. Valenti-Jordan*
    Lisa M. Valenti-Jordan

*Attorneys for Defendant Erik K. Bardman*

\* \* \*

IT IS SO ORDERED.

Dated: April 17, 2017



Judge Jon S. Tigar