Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Lisa Valenti-Jordan (State Bar No. 300161)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com
　　　　egriffen@shearman.com
　　　　lisa.valenti-jordan@shearman.com

*Attorneys for Defendant Erik K. Bardman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIK K. BARDMAN and<br>JENNIFER F. WOLF,<br><br>　　　　　　　Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES AND INCREASING NUMBER OF DEPOSITIONS**<br><br>Case No. 3:16-cv-02023 (JST)<br><br>Judge: Hon. Jon S. Tigar |

1         WHEREAS, on November 14, 2016, the Court entered a Scheduling Order setting a September 17, 2018 trial date and various pre-trial deadlines (Dkt. No. 37);

        WHEREAS, on September 6, 2017, pursuant to the request of the Parties, the Court entered a Stipulation and Order Extending Discovery Deadlines, providing that fact discovery be completed by January 15, 2018; that expert disclosures take place by February 1, 2018; that expert rebuttals be exchanged by March 1, 2018, and that expert discovery be completed by April 1, 2018, and that all other dates set by the Court in the Scheduling Order, including motion and trial dates, remain unchanged (Dkt. No. 72);

        WHEREAS, plaintiff Securities and Exchange Commission ("Plaintiff") and defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants" and, together with Plaintiff, the "Parties") have been diligently pursuing various forms of discovery, including requests for documents and depositions;

        WHEREAS, almost all of the discovery being pursued by the Parties is third-party discovery. The Parties have worked cooperatively, both with each other and with third parties (including Logitech International S.A., Google, Inc., and PricewaterhouseCoopers LLP), and thus far have successfully avoided any motion practice with respect to discovery. The production of documents from third parties and setting of third party depositions, however, has taken longer than previously anticipated;

        WHEREAS, after meeting and conferring the Parties mutually agree, subject to the Court's permission, that additional time to complete fact and expert discovery is necessary. The Parties therefore request an extension of the fact and expert discovery cut-off dates as described below, once again leaving all other dates set by the Court, including those for motions and trial, unchanged;

        WHEREAS, the Parties believe that they may exceed the maximum of ten depositions per side, primarily because the Parties have cooperatively cross-noticed the depositions taken in this action and this practice will likely continue. As a result, the Parties agree to increase the maximum number of depositions to be taken to 15 per side;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendants, with the Court's permission, as follows:

1. The fact discovery cut-off be extended from January 15, 2018 to February 15, 2018; the expert disclosures deadline be extended from February 1, 2018 to March 1, 2018; the expert rebuttal deadline be extended from March 1, 2018 to March 30, 2018, and the expert discovery cut-off be extended from April 1, 2018 to May 1, 2018.

2. All other dates and deadlines in the Scheduling Order, including the May 15, 2018 deadline for dispositive motions and the September 17, 2018 trial date, remain unchanged.

3. Plaintiff, on the one hand, and Defendants Bardman and Wolf together, on the other hand, shall each be permitted a maximum of fifteen depositions.

Dated: December 4, 2017  **SECURITIES AND EXCHANGE COMMISSION**

By: /s/ Kevin C. Lombardi
Kevin C. Lombardi

Paul W. Kisslinger (New Jersey Bar No. 6511995)
  kisslingerp@sec.gov
Kevin C. Lombardi (District of Columbia Bar No. 474114)
  lombardik@sec.gov
100 F Street, NE
Washington, DC 20549
Ph: (202) 551-4427
Fax: (202) 772-9772

*Attorneys for Plaintiff Securities and Exchange Commission*

Dated: December 4, 2017  **SHEARMAN & STERLING LLP**

By: /s/ Patrick D. Robbins
Patrick D. Robbins

535 Mission Street, 25th Floor
San Francisco, CA 94105
Ph: (415) 616-1100
Fax: (415) 616-1199

*Attorneys for Defendant Erik K. Bardman*

| | | |
|---|---|---|
| 1 | Dated: December 4, 2017 | **KANE+KIMBALL LLP** |
| 2 | | |
| 3 | | By:     /s/ William H. Kimball<br>William H. Kimball |
| 4 | | William H. Kimball (State Bar No. 242626) |
| 5 | | wkimball@kanekimball.com<br>803 Hearst Avenue |
| 6 | | Berkeley, CA 94710<br>Ph: (510) 704-1400 |
| 7 | | Fax: (877) 482-4749 |
| 8 | | *Attorneys for Defendant Jennifer F. Wolf* |

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: December 4, 2017

**SHEARMAN & STERLING LLP**

By: /s/ Patrick D. Robbins
 Patrick D. Robbins

*Attorneys for Defendant Erik K. Bardman*

\* \* \*

IT IS SO ORDERED.

Dated: December 6 , 2017

Hon. Jon S. Tigar
United States District Judge