Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com
 egriffen@shearman.com

*Attorneys for Defendant Erik K. Bardman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ERIK K. BARDMAN and JENNIFER F. WOLF,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER LIFTING DISCOVERY DEADLINES FOR CERTAIN DEPOSITIONS**<br><br>Case No. 3:16-cv-02023 (JST)<br><br>Judge: Hon. Jon S. Tigar |

WHEREAS, with the assistance of Magistrate Judge Corley, the Securities and Exchange Commission Division of Enforcement ("SEC") and Defendant Erik Bardman have reached a settlement agreement in principle, and signed a term sheet outlining settlement terms (the "Bardman Settlement Agreement") (Dkt. No. 79);

WHEREAS, the close of fact discovery is currently set for February 15, 2018 (Dkt. No. 75);

WHEREAS, the SEC and defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants" and, together with the SEC, the "Parties") have been diligently pursuing various forms of discovery, including requests for documents and depositions;

WHEREAS, as a result of the Bardman Settlement Agreement, the Parties have agreed to take certain depositions off calendar, specifically the depositions of Mr. Bardman, Jeffrey Shotts, Barbara McKee, Joseph Greenhalgh, Abhishek Maheshwari, Werner Heid, Michael Culver, Didier Hirsch, and Guerrino De Luca (the "Off-Calendar Depositions");

WHEREAS, the Parties have agreed to lift the fact discovery deadline to the extent that it may be necessary to reschedule the Off-Calendar Depositions to a later date, and agree to expressly waive any timeliness objections they may have in the event that any of the Off-Calendar Depositions are subsequently rescheduled and taken after the fact discovery deadline. At Judge Corley's suggestion, the Parties therefore respectfully submit this Stipulation and Order formalizing their agreement to so lift the fact discovery deadline, once again leaving all other dates set by the Court, including those for motions and trial, unchanged;

IT IS THEREFORE STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendants, with the Court's permission, as follows:

1. The February 15, 2018, fact discovery deadline shall be lifted for the Off-Calendar Depositions.

2. The Parties will be permitted to reschedule any of the Off-Calendar Depositions after the fact discovery deadline if needed, and the Parties expressly waive any timeliness objections they may have in the event that any of the Off-Calendar Depositions are subsequently rescheduled and taken after the fact discovery deadline.

3. All other dates and deadlines in the Scheduling Order, including the May 15, 2018 deadline for dispositive motions and the September 17, 2018 trial date, remain unchanged.

Dated: February 2, 2018     **SECURITIES AND EXCHANGE COMMISSION**

By:    /s/
        Kevin C. Lombardi

Paul W. Kisslinger (New Jersey Bar No. 6511995)
   kisslingerp@sec.gov
Kevin C. Lombardi (District of Columbia Bar No. 474114)
   lombardik@sec.gov
100 F Street, NE
Washington, DC 20549
Ph: (202) 551-4427
Fax: (202) 772-9772

*Attorneys for Plaintiff Securities and Exchange Commission*

Dated: February 2, 2018     **SHEARMAN & STERLING LLP**

By:    /s/
        Patrick D. Robbins

535 Mission Street, 25th Floor
San Francisco, CA 94105
Ph: (415) 616-1100
Fax: (415) 616-1199

*Attorneys for Defendant Erik K. Bardman*

Dated: February 2, 2018     **KANE+KIMBALL LLP**

By:    /s/
        William H. Kimball

William H. Kimball (State Bar No. 242626)
   wkimball@kanekimball.com
803 Hearst Avenue
Berkeley, CA 94710
Ph: (510) 704-1400
Fax: (877) 482-4749

*Attorneys for Defendant Jennifer F. Wolf*

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: February 2, 2018          **SHEARMAN & STERLING LLP**

By:    /s/
       Patrick D. Robbins

*Attorneys for Defendant Erik K. Bardman*

\* \* \*

IT IS SO ORDERED.

Dated: February 5, 2018

Hon. Jon S. Tigar
United States District Judge