Paul W. Kisslinger
kisslingerp@sec.gov
(202) 551-4427
Kevin C. Lombardi
lombardik@sec.gov
(202) 551-8753
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Facsimile: (202) 772-9292

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>        v.<br><br>ERIK K. BARDMAN and<br>JENNIFER F. WOLF,<br><br>    Defendants. | **STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Case No. 3:16-cv-02023 (JST)<br><br>Judge: Hon. Jon S. Tigar |

WHEREAS, the Securities and Exchange Commission Division of Enforcement ("Division") and Defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants" and, together with the SEC, the "Parties") have reached settlement agreements in principle that the Division is currently in the process of submitting to the Securities and Exchange Commission ("Commission") for approval;

WHEREAS, currently, the Court has scheduled a Case Management Conference for May 2, 2018 [Docket Entry 84];

WHEREAS, Plaintiff requests approximately six additional weeks to have the matter presented to the Commission, and the Defendants consent to such a request;

IT IS THEREFORE STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendants, with the Court's permission, as follows:

1. The Case Management Conference scheduled for May 2, 2018 is hereby continued until June 14, 2018, or at the soonest available time for the Court thereafter.

2. If the Commission has not approved the terms of the settlement in principle by June 7, 2018, the Parties shall file a Case Management Statement providing an update on the progress of settlement.

Dated: April 25, 2018           **SECURITIES AND EXCHANGE COMMISSION**

By:  /s/ Paul W. Kisslinger
         Paul W. Kisslinger

Paul W. Kisslinger (New Jersey Bar No. 6511995)
  kisslingerp@sec.gov
Kevin C. Lombardi (District of Columbia Bar No. 474114)
  lombardik@sec.gov
100 F Street, NE
Washington, DC  20549
Ph:  (202) 551-4427
Fax:  (202) 772-9772

*Attorneys for Plaintiff Securities and Exchange Commission*

| | | |
|---|---|---|
| Dated: April 25, 2018 | | **SHEARMAN & STERLING LLP** |

By: /s/ Patrick D. Robbins
Patrick D. Robbins

535 Mission Street, 25th Floor
San Francisco, CA 94105
Ph: (415) 616-1100
Fax: (415) 616-1199

*Attorneys for Defendant Erik K. Bardman*

Dated: April 25, 2018    **KANE+KIMBALL LLP**

By: /s/ Willam H. Kimball
William H. Kimball

William H. Kimball (State Bar No. 242626)
  wkimball@kanekimball.com
803 Hearst Avenue
Berkeley, CA 94710
Ph: (510) 704-1400
Fax: (877) 482-4749

*Attorneys for Defendant Jennifer F. Wolf*

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: April 25, 2018

By: /s/ Paul W. Kisslinger
Paul W. Kisslinger

*Attorneys for Securities and Exchange Commission*

* * *

IT IS SO ORDERED.

Dated: April 26, 2018

Hon. Jon S. Tigar
United States District Judge