Paul W. Kisslinger
kisslingerp@sec.gov
(202) 551-4427
Kevin C. Lombardi
lombardik@sec.gov
(202) 551-8753
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Facsimile: (202) 772-9292

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ERIK K. BARDMAN and JENNIFER F. WOLF, <br><br> Defendants. | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Case No. 3:16-cv-02023 (JST) <br><br> Judge: Hon. Jon S. Tigar |

| | |
|---|---|
| 1 | WHEREAS, the Securities and Exchange Commission ("SEC") Division of |
| 2 | Enforcement ("Division") and Defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants" |
| 3 | and, together with the SEC, the "Parties") have reached settlement agreements in principle that the |
| 4 | Division is currently in the process of submitting to the Securities and Exchange Commission |
| 5 | ("Commission") for approval; |
| 6 | WHEREAS, currently, the Court has scheduled a Case Management Conference for |
| 7 | June 14, 2018 [Docket Entry 85]; |
| 8 | WHEREAS, Plaintiff requests approximately four additional weeks to have the |
| 9 | matter presented to the Commission, and the Defendants consent to such a request; |
| 10 | IT IS THEREFORE STIPULATED AND AGREED, by and between the attorneys |
| 11 | for Plaintiff and the attorneys for Defendants, with the Court's permission, as follows: |

1. The Case Management Conference scheduled for June 14, 2018 is hereby continued until ~~July 13, 2018, or at the soonest available time for the Court thereafter~~. July 18, 2018 at 2:00 PM.

2. If the Commission has not approved the terms of the settlement in principle by June 29, 2018, the Parties shall file a Case Management Statement providing an update on the progress of settlement.

Dated: June 7, 2018         **SECURITIES AND EXCHANGE COMMISSION**

By:  /s/  Paul W. Kisslinger
          Paul W. Kisslinger

Paul W. Kisslinger (New Jersey Bar No. 6511995)
  kisslingerp@sec.gov
Kevin C. Lombardi (District of Columbia Bar No. 474114)
  lombardik@sec.gov
100 F Street, NE
Washington, DC  20549
Ph:  (202) 551-4427
Fax:  (202) 772-9772

*Attorneys for Plaintiff Securities and Exchange Commission*

| | | |
|---|---|---|
| 1 | Dated: June 7, 2018 | **SHEARMAN & STERLING LLP** |
| 2 | | |
| 3 | | By:     /s/ Patrick D. Robbins<br>Patrick D. Robbins |
| 4 | | 535 Mission Street, 25th Floor |
| 5 | | San Francisco, CA 94105<br>Ph: (415) 616-1100<br>Fax: (415) 616-1199 |
| 6 | | |
| 7 | | *Attorneys for Defendant Erik K. Bardman* |
| 8 | | |
| 9 | Dated: June 7, 2018 | **KANE+KIMBALL LLP** |
| 10 | | |
| 11 | | By:     /s/ Willam H. Kimball<br>William H. Kimball |
| 12 | | William H. Kimball (State Bar No. 242626)<br>  wkimball@kanekimball.com |
| 13 | | 803 Hearst Avenue<br>Berkeley, CA 94710 |
| 14 | | Ph: (510) 704-1400<br>Fax: (877) 482-4749 |
| 15 | | *Attorneys for Defendant Jennifer F. Wolf* |

## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: June 7, 2018

By:     /s/ Paul W. Kisslinger
        Paul W. Kisslinger

*Attorneys for Securities and Exchange Commission*

\* \* \*

IT IS SO ORDERED.

Dated: June 8, 2018

Hon. Jon S. Tigar
United States District Judge