Kevin C. Lombardi (DC Bar No. 474114)
lombardik@sec.gov
(202) 551-8753
Paul W. Kisslinger (NJ Bar No. 6511995)
kisslingerp@sec.gov
(202) 551-4427
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Facsimile: (202) 772-9292

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ERIK K. BARDMAN et al.,<br><br>Defendants. | Case No. 3:16-cv-02023-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT STATEMENT** |

WHEREAS, the Division of Enforcement of the Securities and Exchange Commission and Defendants Erik K. Bardman and Jennifer F. Wolf ("Defendants" and, together with the SEC, the "Parties") have reached agreements in principle to settle this action as to all pending claims, which settlement is awaiting approval by the Commission;

WHEREAS, the Court has scheduled a case management conference for July 18, 2018 (ECF No. 88) and, in accordance with the Parties' proposed stipulation, has ordered a joint case management statement to be filed tomorrow, June 29, 2018;

WHEREAS, the Parties have no substantial updates to their previous case management statement (ECF No. 83);

- 1 -

*SEC v. Bardman, et al.*, No. 3:16-cv-02023-JST
Stipulation for Extension of Time to File Joint
Case Management Statement

1    WHEREAS, the Parties understand that the Court typically requires an updated
2    case management statement approximately one week before the case management
3    conference, and, in the circumstances of this case, the need for filing would become moot
4    if the Commission approves the settlement before the conference;
5    WHEREAS, the Division of Enforcement staff expect to receive notice of
6    Commission action before the deadline of July 11, 2018 proposed below;
7    IT IS THEREFORE STIPULATED AND AGREED, by and between the attorneys
8    for Plaintiff and the attorneys for Defendants, with the Court's permission, as follows:
9    The Parties shall file an updated case management statement by <u>July 11, 2018</u>,
10   unless such filing is rendered moot by the filing of stipulated settlement papers.

Respectfully submitted,

Dated: June 28, 2018          SECURITIES AND EXCHANGE COMMISSION

                              By:      /s/ Kevin C. Lombardi
                              Kevin C. Lombardi (DC Bar No. 474114)
                                lombardik@sec.gov
                              Paul W. Kisslinger (NJ Bar No. 6511995)
                                kisslingerp@sec.gov
                              100 F Street, NE
                              Washington, DC  20549
                              Ph: (202) 551-8753
                              Fax: (202) 772-9291

                              *Attorneys for Plaintiff Securities and Exchange Commission*


Dated: June 28, 2018          SHEARMAN & STERLING LLP

                              By:    /s/ Patrick D. Robbins
                              Patrick D. Robbins (CABN 152288)
                                probbins@shearman.com
                              Emily V. Griffen (CABN 209162)
                                egriffen@shearman.com
                              535 Mission Street, 25th Floor
                              San Francisco, CA  94105
                              Ph: (415) 616-1100
                              Fax: (415) 616-1199

                              *Attorneys for Defendant Erik K. Bardman*

- 2 -

*SEC v. Bardman, et al.*, No. 3:16-cv-02023-JST
Stipulation for Extension of Time to File Joint
Case Management Statement

| | | |
|---|---|---|
| Dated: June 28, 2018 | | KANE+KIMBALL LLP |

Dated: June 28, 2018        KANE+KIMBALL LLP

By:  /s/ Willam H. Kimball
William H. Kimball (CABN 242626)
 wkimball@kanekimball.com
803 Hearst Avenue
Berkeley, CA  94710
Ph:  (510) 704-1400
Fax:  (877) 482-4749

*Attorneys for Defendant Jennifer F. Wolf*

- 3 -

*SEC v. Bardman, et al.*, No. 3:16-cv-02023-JST
Stipulation for Extension of Time to File Joint
Case Management Statement

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: June 28, 2018

By: /s/ Kevin C. Lombardi
Kevin C. Lombardi

* * *

IT IS SO ORDERED.

Dated: June 28, 2018

Hon. Jon S. Tigar
United States District Judge

- 4 -

*SEC v. Bardman, et al.*, No. 3:16-cv-02023-JST
Stipulation for Extension of Time to File Joint
Case Management Statement